BEFORE THE THIRD DIVISION, SEPTEMBER 1, 1955

**No. 59269.**—Duncan Gilmour & Co., Ltd., et al. *v.* United States, protests 175820–K, etc. (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.